Plaintiff's Name **Isaiah R. Trammel**
Inmate No. **T-59175**
Address **P.O. Box 5102**
**Delano, CA. 93216**

FILED
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ Northern DISTRICT OF CALIFORNIA

**Isaiah R. Trammel**
(Name of Plaintiff)

CV 08 4066
(Case Number)

vs.

**c/o B. Sparks (s)**
**c/o S. Amoako (s)**
**c/o Fambrough**
(Names of all Defendants)

COMPLAINT
E-filing
Civil Rights Act, 42 U.S.C. § 1983

SBA
(PR)

I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):

A.  Have you brought any other lawsuits while a prisoner? Yes ___ No **X**

B.  If your answer to A is yes, how many? _____
    Describe previous or pending lawsuits in the space below.
    (If more than one, use back of paper to continue outlining all lawsuits.)

   1. Parties to this previous lawsuit:

   Plaintiff **Isaiah R. Trammel**

   Defendants **Kern Valley State Prison. c/o B. Sparks   c/o S. Amoako**
   **c/o J. Fambrough**

   2. Court (if Federal Court, give name of District; if State Court, give name of County)
   **Kern Valley State Prison "Delano, CA"**

   3. Docket Number _____   4. Assigned Judge _____

   5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) **No**

   6. Filing date (approx.) **8-1-08**   7. Disposition date (approx.) _____

08-4066SBA

II.  Exhaustion of Administrative Remedies

    A.  Is there an inmate appeal or administrative remedy process available at your institution?

        Yes _X_  No ___

    B.  Have you filed an appeal or grievance concerning <u>ALL</u> of the facts contained in this complaint?

        Yes _X_  No ___

        If your answer is no, explain why not _____

    C.  Is the process completed?

        Yes _X_  If your answer is yes, briefly explain what happened at each level.
        First Level By Passed II Level Par
        II Level The Appeal was granted in part by the
        Second Level Review (SLR)
        III Level Appeal was denied.

        No ___  If your answer is no, explain why not.

NOTICE:  Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process <u>before</u> filing suit, regardless of the relief offered by the process. <u>Booth v. Churner</u>, 532 U.S. 731, 741 (2001); <u>McKinney v. Carey</u>, 311 F.3d 1198, 1999 (9th Cir. 2002). Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you <u>must</u> exhaust the process before filing suit. <u>Booth</u>, 532 U.S. at 734.

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant B. Sparks, S. Amonko, Fambrough employed as CORRECTIONAL OFFICER'S at KERN VALLEY STATE PRISON.

B. Additional defendants Fambrough, B. Sparks, S. Amoako. CORRECTIONAL OFFICER'S OF KERN VALLEY STATE PRISON.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

I was put in handcuffs by C/O B. Sparks and put on the wall then C/O J. Fambrough came over in start hit me, For call the "Sarg" a ass hold, I never call any one a name. But I was hit and spray "No Redson". I want this case to be look in to, my Rights was violate. If you look at all the picture you see all the Faxs. "I have copy of all the Papers work" When its need it.

(NOTE) I was laying on my stomic then handcuff- And walked to the door And C/O Fambrough came And said that I said something to A Sargent then the bought 2 C/O slam me in to the wall hit me manny time's And slam me to the ground kneed me hit me then I was OC. Sprayed 2 Feet Away For nothing From C/o Amoako At this time I Still had Hand Cuffs on. I had Hand Cuffs on the hole time. Had

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Pay me For the Physical hits the C/o J. Fambrough and C/o B. Sparks put on me. and For C/o S. Amoak spray me with MK9c OC. pepper spray in my eyes.

I declare under penalty of perjury that the foregoing is true and correct.

Date 8-1-08          Signature of Plaintiff [signature]

(revised 9/17/03)

3

ISAIAH TRAMMEL # T-59115
K.V.S.P. B1-220L
PO Box 5102
Delano, CA. 93216

Kern Valley State Prison
Facility B, Building 1

United States District Court
Northern District
455 Golden Gate Ave
San Francisco, CA. 94102



