IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH R. TRAMMEL,<br><br>          Plaintiff,<br><br>     v.<br><br>B. SPARKS, et al.,<br><br>          Defendants._____ / | No. C 08-04066 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On that same date the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk sent Plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: 10/17/08

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.08\Trammel4066.DisIFP.wpd

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1 | UNITED STATES DISTRICT COURT
FOR THE
2 | NORTHERN DISTRICT OF CALIFORNIA

3

4 | ISAIAH R TRAMMEL,                          Case Number: CV08-04066 SBA

Plaintiff,                          **CERTIFICATE OF SERVICE**

5

6 | v.

B SPARKS et al,

7

Defendant.

8 | _____/

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 | Court, Northern District of California.

11 | That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 | envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
located in the Clerk's office.

13

14

15 | Isaiah R. Trammel T-59175
Kern Valley State Prison
16 | P.O. Box 5102
Delano, CA 93216

17

Dated: October 20, 2008

18 |                                    Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.08\Trammel4066.DisIFP.wpd          2